FILED
SEP 21 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS GOMEZ-RAMIREZ,<br>Defendant. | Case No.: 3:26-cr-00243-JAH<br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE**<br>**[Dkt. No. 25]** |

Upon the motion of the United States, and with good cause appearing, IT IS HEREBY ORDERED the Information against Defendant Jorge Luis Gomez-Ramirez in the above-captioned case is **DISMISSED** without prejudice pursuant to Rule 48. Fed. R. Crim. P. 48.

IT IS SO ORDERED.

DATED: September 18, 2026

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE